IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO.: 1:24-CV-185

| | |
|---|---|
| TRACY KLEIN,<br><br>      Plaintiff,<br><br>v.<br><br>JAMES STEWART and<br>APPALACHIAN COUNSELING<br>AND PSYCHOLOGICAL SERVICES,<br>INC.,<br><br>      Defendants. | **NOTICE OF REMOVAL** |

COMES NOW Defendants James Stewart and Appalachian Counseling and Psychological Services, Inc. (hereinafter "Defendants") and, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby removes this action from the Superior Court Division in Buncombe County, North Carolina to the United States District Court for the Western District of North Carolina, Asheville Division. As grounds therefore, Defendants show as follows:

1.    This action was initially commenced in the Superior Court Division in the State of North Carolina, County of Buncombe on June 7, 2024 as Case No. 24CV02457 against Defendants James Stewart and Appalachian Counseling and Psychological Services, Inc.

2. Defendants were served with the Complaint on June 10, 2024. Thus, Defendants' Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b), as Defendants are filing the same within 30 days of "receipt by defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based."

3. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a). The events asserted by Plaintiff giving rise to her claims allegedly occurred in Buncombe County, North Carolina. Accordingly, venue properly lies in the United States District Court for the Western District of North Carolina, Asheville Division as the District Court and Division encompassing the Buncombe County Superior Court.

4. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served on Defendants and on file with the Superior Court Division in North Carolina, Buncombe County are attached hereto as **Exhibit A**.

5. In accordance with 28 U.S.C. § 1446(d), Defendants will promptly give written notice of the filing of this Notice of Removal to Plaintiff, the only adverse party, and will also file a Notice of Filing this Notice of Removal with the Superior Court Division in the State of North Carolina, Buncombe County, a copy of which is attached hereto as **Exhibit B**.

# FEDERAL QUESTION JURISDICTION

6. This action is properly removable to federal court because Plaintiff's Complaint presents a federal question pursuant to 28 U.S.C. § 1331, inasmuch as Plaintiff alleges violations of The Fair Labor Standards Act (FLSA) Section § 95-25.22, which is a federal cause of action arising under the Constitution, laws, or treaties of the United States over which this Court has original federal question jurisdiction. The Court may exercise supplemental jurisdiction over remaining pendant claims.

7. Therefore, removal is appropriate pursuant to 28 U.S.C. §§ 1331 and 1441.

**WHEREFORE**, Defendants respectfully remove the State Court Action from the North Carolina Superior Court of Buncombe County to the Asheville Division of the United States District Court for the Western District of North Carolina.

This the 8th day of July, 2024.

[SIGNATURE PAGE FOLLOWS]

3

**VAN WINKLE, BUCK, WALL, STARNES AND DAVIS, P.A.**

*/s/Stephen B. Williamson*
Stephen B. Williamson, N.C. Bar #20203
11 North Market Street
Asheville, North Carolina 28802
Telephone: (828) 258-2991
Facsimile: (828) 257-2767
Email: swilliamson@vwlawfirm.com
*Attorneys for Defendants James Stewart and Appalachian Counseling and Psychological Services, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this date served the foregoing NOTICE OF REMOVAL in the above-entitled action by depositing a copy of the document in a prepaid addressed envelope in the US Mail addressed as follows:

Tracy Klein
34 Greenbriar Road
Black Mountain, NC 28711

This the 8th day of July, 2024.

*/s/Stephen B. Williamson*
Stephen B. Williamson

4